IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 |
| VELMA R. JORDAN | ) | |
| | ) | NO. 05-28929 |
| | ) | JUDGE SONDERBY, B.J. |

### STATEMENT OF OUTSTANDING OBLIGATIONS TO US BANK NATIONAL ASSOCIATION AS TRUSTEE OF CSFB ABS TRUST SERIES 2002-HE1 C/O SELECT PORTFOLIO SERVICING, INC.

NOW COMES US BANK NATIONAL ASSOCIATION AS TRUSTEE OF CSFB ABS TRUST SERIES 2002-HE1 C/O SELECT PORTFOLIO SERVICING, INC. ("HOLDER"), by and through its counsel Fisher and Shapiro, LLC, and in response to the NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT filed by the standing Turt6see Tom Vaughn, states that the following post-petition obligations remain unpaid and are itemized, pursuant to the confirmed plan, Section B 2. (b) as follows:

1.    As of December 12, 2006, three (3) post-petition regular mortgage payments and appropriate late charges.
2.    post-petition real property taxes payable to the Cook County Treasurer in the sum of $ 1,096.50 for tax year(s) 2004, second installment.
3.    post-petition real property taxes payable to the Cook County Treasurer in the sum of $ 1,044.87 for tax year(s) 2005, first installment.
4.    post-petition real property taxes payable to the Cook County Treasurer in the sum of $ 1,138.68 for tax year(s) 2005, second installment.

Respectfully submitted,


By:  /s/ Michael Kalkowski
Counsel for US BANK NATIONAL ASSOCIATION AS TRUSTEE

Richard Aronow #3123969
Andrew E. Houha #06216265
Michael J. Kalkowski #6185654
Josephine J. Miceli #06243494
FISHER AND SHAPIRO, LLC
4201 Lake Cook Rd.
Northbrook, IL. 60062
(847) 498-9990